UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Derek Richard Gullickson,

        Petitioner,

   vs.                               ORDER ADOPTING
                                     REPORT AND RECOMMENDATION

David Crist, Warden, and Mike
Hatch, Minnesota Attorney General,

        Respondents.             Civ. No. 06-4669 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

      1.    That the Petitioner's application for Habeas Corpus Relief under Title 28 U.S.C. §2254 [Docket No. 1] is summarily dismissed.

      2.    That the Petitioner's application for leave to proceed in forma pauperis, [Docket No. 2] is denied as moot.

Dated: 01/24/07                                              s/Patrick J. Schiltz
                                                         Patrick J. Schiltz, Judge
                                                         United States District Court